**No. 25-2004**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

―――――――――――

UNITED STATES, *et al.*,

Plaintiffs-Appellants,

v.

JUDGE MATTHEW JAMES MADDOX, *et al.*,

Defendants-Appellees.

―――――――――――

**MOTION FOR A STAY OF BRIEFING DEADLINES IN LIGHT OF
LAPSE OF APPROPRIATIONS**

―――――――――――

<div style="margin-left:50%;">

BRETT A. SHUMATE
  *Assistant Attorney General*

YAAKOV M. ROTH
  *Principal Deputy Assistant
    Attorney General*

DREW C. ENSIGN
  *Deputy Assistant Attorney General*

ELIZABETH HEDGES
SARAH WELCH
 *Civil Division
 U.S. Department of Justice
 950 Pennsylvania Avenue NW
 Washington, DC 20530
 (771) 209-1978
 Elizabeth.T.Hedges@usdoj.gov*

</div>

Appellants ("the government") hereby move for a stay of briefing deadlines in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice (DOJ) expired and those appropriations to DOJ lapsed. The same is true for the majority of other Executive agencies. DOJ does not know when such funding will be restored by Congress.

2. Absent an appropriation, DOJ attorneys and certain employees of the Department of Homeland Security are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. The government therefore requests a stay of existing briefing deadlines until Congress has restored appropriations to DOJ. Specifically, the government respectfully asks the Court to extend the deadlines for the number of days commensurate with the duration of the lapse in appropriations, plus an additional 7 days. This additional time will allow for restarting regular government operations and finalizing the

government's appellant brief in this case. It also maintains the amount of time each party has in relation to the other under the original schedule.

4. Opposing counsel has stated that Appellees take no position on the motion.

Therefore, although the undersigned regrets any disruption caused to the Court and the other litigants, Plaintiffs hereby move for a stay of briefing deadlines in this case until DOJ attorneys are permitted to resume their usual civil litigation functions and an extension (as described above) thereafter.

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

YAAKOV M. ROTH
*Principal Deputy Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

*/s/ Elizabeth Hedges*
ELIZABETH HEDGES
SARAH WELCH
*Civil Division*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(771) 209-1978*
*Elizabeth.T.Hedges@usdoj.gov*

3

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 259 words. This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Word for Microsoft 365 in Book Antiqua 14-point font, a proportionally spaced typeface.

*/s/ Elizabeth Hedges*
Elizabeth Hedges

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2025, I electronically filed the foregoing brief with the Clerk of the Court for the United States Court of Appeals by using the appellate CM/ECF system. Service will be accomplished by the appellate CM/ECF system.

<div style="text-align: right;">

*/s/ Elizabeth Hedges*
Elizabeth Hedges

</div>