FILED: November 17, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2004
(1:25-cv-02029-TTC)

_____

UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF HOMELAND SECURITY

        Plaintiffs - Appellants

v.

JUDGE MATTHEW JAMES MADDOX, in his official capacity; JUDGE ADAM B. ABELSON, in his official capacity; JUDGE CATHERINE C. BLAKE, in her official capacity; JUDGE RICHARD D. BENNETT, in his official capacity; JUDGE DEBORAH K. CHASANOW, in her official capacity; JUDGE THEODORE D. CHUANG, in his official capacity; JUDGE JAMES K. BREDAR, Senior U. S. District Court Judge, in his official capacity; JUDGE DEBORAH LYNN BOARDMAN, in her official capacity; JUDGE LYDIA KAY GRIGGSBY, in her official capacity; JUDGE STEPHANIE A. GALLAGHER, in her official capacity; JUDGE ELLEN LIPTON HOLLANDER, in her official capacity; JUDGE BRENDAN A. HURSON, in his official capacity; JUDGE JULIE R. RUBIN, in her official capacity; CATHERINE M. STAVLAS, Clerk of Court, in her official capacity; UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND; CHIEF JUDGE GEORGE L. RUSSELL, III, Judge, in his official capacity; JUDGE PAULA XINIS, in her official capacity

        Defendants - Appellees

_____

O R D E R

_____

The court resumes briefing as follows:

Joint appendix due: 12/17/2025

Opening brief due: 12/17/2025

Response brief due: 01/16/2026

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk