No. 25-2004

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

UNITED STATES, *et al.*,

Plaintiffs-Appellants,

v.

JUDGE MATTHEW JAMES MADDOX, *et al.*,

Defendants-Appellees.

**UNOPPOSED MOTION FOR 30-DAY EXTENSION OF BRIEFING DEADLINES**

BRETT A. SHUMATE
  *Assistant Attorney General*

YAAKOV M. ROTH
  *Principal Deputy Assistant Attorney General*

DREW C. ENSIGN
  *Deputy Assistant Attorney General*

ELIZABETH HEDGES
SARAH WELCH
  *Civil Division*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(771) 209-1978*
  *Elizabeth.T.Hedges@usdoj.gov*

The United States hereby moves for a 30-day extension of the briefing deadlines in this case. Counsel for Appellees has stated that Appellees do not oppose this motion.

1. This lawsuit challenges Appellees' Standing Order 2025-01 and Amended Standing Order 2025-01.

2. On December 1, 2025, the District of Maryland adopted a new version of the challenged orders, Second Amended Standing Order 2025-01.

3. The United States' opening brief is currently due on December 17, 2025. Dkt. No. 16.

4. In order to evaluate whether the Second Amended Standing Order materially affects this litigation, the United States respectfully requests a 30-day extension of time to file the opening brief and appendix (and a corresponding extension for the Appellees' brief). The United States needs time to confer and coordinate within the Executive Branch.

5. Appellees do not oppose this motion.

Respectfully submitted,

BRETT A. SHUMATE
  *Assistant Attorney General*

YAAKOV M. ROTH
  *Principal Deputy Assistant*
    *Attorney General*

DREW C. ENSIGN
  *Deputy Assistant Attorney*
    *General*

*/s/ Elizabeth Hedges*
ELIZABETH HEDGES
SARAH WELCH
  *Civil Division*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(771) 209-1978*
  *Elizabeth.T.Hedges@usdoj.gov*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 139 words. This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Word for Microsoft 365 in Book Antiqua 14-point font, a proportionally spaced typeface.

                                              */s/ Elizabeth Hedges*
                                              Elizabeth Hedges

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2025, I electronically filed the foregoing brief with the Clerk of the Court for the United States Court of Appeals by using the appellate CM/ECF system. Service will be accomplished by the appellate CM/ECF system.

*/s/ Elizabeth Hedges*
Elizabeth Hedges