# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 20, 2026

_____

RESPONSE REQUESTED

_____

No. 25-2004,    <u>US v. Matthew Maddox</u>
      1:25-cv-02029-TTC

TO:     Appellees

RESPONSE DUE: 01/30/2026

Response is required to appellants' motion to dismiss appeal as moot and vacate opinion and judgment on or before 01/30/2026.

A. Walker, Deputy Clerk
804-916-2702