UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2004
(1:25-cv-02029-TTC)

_____

UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF HOMELAND SECURITY

        Plaintiffs - Appellants

v.

JUDGE MATTHEW JAMES MADDOX, in his official capacity; JUDGE ADAM B. ABELSON, in his official capacity; JUDGE CATHERINE C. BLAKE, in her official capacity; JUDGE RICHARD D. BENNETT, in his official capacity; JUDGE DEBORAH K. CHASANOW, in her official capacity; JUDGE THEODORE D. CHUANG, in his official capacity; JUDGE JAMES K. BREDAR, Senior U. S. District Court Judge, in his official capacity; JUDGE DEBORAH L. BOARDMAN, in her official capacity; JUDGE LYDIA KAY GRIGGSBY, in her official capacity; JUDGE STEPHANIE A. GALLAGHER, in her official capacity; JUDGE ELLEN LIPTON HOLLANDER, in her official capacity; JUDGE BRENDAN A. HURSON, in his official capacity; JUDGE JULIE R. RUBIN, in her official capacity; CATHERINE M. STAVLAS, Clerk of Court, in her official capacity; UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND; CHIEF JUDGE GEORGE L. RUSSELL, III, Judge, in his official capacity; JUDGE PAULA XINIS, in her official capacity

        Defendants – Appellees

―――――――――――――――

O R D E R

―――――――――――――――

The motion to dismiss appeal as moot and vacate opinion and judgment (ECF No. 19) is denied. The case is not moot. *See N.Y. State Rifle & Pistol Ass'n v. City of New York*, 590 U.S. 336, 338–39 (2020) (per curiam); *Brusznicki v. Prince George's Cnty.*, 42 F.4th 413, 418–19 (4th Cir. 2022).

The Clerk is directed to reinstate the briefing schedule by separate order.

For the Court

/s/ Nwamaka Anowi, Clerk