**Clement & Murphy**
PLLC

March 6, 2026

**Via CM/ECF**

Nwamaka Anowi
Clerk of Court
U.S. Court of Appeals for the Fourth Circuit
Lewis F. Powell, Jr. United States Courthouse Annex
1100 East Main Street, Suite 501
Richmond, Virginia  23219-3517

    Re:    *United States v. Maddox*, No. 25-2004

Dear Ms. Anowi:

    Consistent with Federal Rule of Appellate Procedure 43(a)(1), I write to notify the Court that the Honorable Catherine C. Blake died on March 4, 2026.  Judge Blake is among the Defendants-Appellees in the above-captioned case.

    Respectfully submitted,

    s/Paul D. Clement
    Paul D. Clement
    CLEMENT & MURPHY PLLC
    706 Duke Street
    Alexandria, VA 22314
    (202) 742-8900
    paul.clement@clementmurphy.com

Cc: All counsel of record (*via CM/ECF*)