FILED:  March 20, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2004
(1:25-cv-02029-TTC)

_____

UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF
HOMELAND SECURITY

Plaintiffs - Appellants

v.

JUDGE MATTHEW JAMES MADDOX, in his official capacity; JUDGE ADAM
B. ABELSON, in his official capacity; JUDGE RICHARD D. BENNETT, in his
official capacity; JUDGE DEBORAH K. CHASANOW, in her official capacity;
JUDGE THEODORE D. CHUANG, in his official capacity; JUDGE JAMES K.
BREDAR, Senior U. S. District Court Judge, in his official capacity; JUDGE
DEBORAH L. BOARDMAN, in her official capacity; JUDGE LYDIA KAY
GRIGGSBY, in her official capacity; JUDGE STEPHANIE A. GALLAGHER, in
her official capacity; JUDGE ELLEN LIPTON HOLLANDER, in her official
capacity; JUDGE BRENDAN A. HURSON, in his official capacity; JUDGE
JULIE R. RUBIN, in her official capacity; CATHERINE M. STAVLAS, Clerk of
Court, in her official capacity; UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND; CHIEF JUDGE GEORGE L. RUSSELL, III,
Judge, in his official capacity; JUDGE PAULA XINIS, in her official capacity

Defendants - Appellees

_____

O R D E R

_____

Upon consideration of the suggestion of Judge Catherine C. Blake's death, the court dismisses Judge Catherine C. Blake from this appeal.

For the Court

/s/ Nwamaka Anowi, Clerk