**No. 25-2004**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

_____

UNITED STATES, *et al.*,

Plaintiffs-Appellants,

v.

JUDGE MATTHEW JAMES MADDOX, *et al.*,

Defendants-Appellees.

_____

**UNOPPOSED MOTION FOR 7-DAY EXTENSION OF BRIEFING
DEADLINES**

_____

BRETT A. SHUMATE
  *Assistant Attorney General*

YAAKOV M. ROTH
  *Principal Deputy Assistant
    Attorney General*

DREW C. ENSIGN
  *Deputy Assistant Attorney General*

ELIZABETH HEDGES
SARAH WELCH
 *Civil Division
 U.S. Department of Justice
 950 Pennsylvania Avenue NW
 Washington, DC 20530
 (771) 209-1978
 Elizabeth.T.Hedges@usdoj.gov*

The United States hereby moves for a 7-day extension of the briefing deadlines in this case. Counsel for Appellees has stated that Appellees do not oppose this motion.

1.     The Civil Division of the Department of Justice is experiencing a significant, days-long, and still unresolved technical outage that has interfered with the ability of the attorneys responsible for preparing and filing the opening brief and joint appendix in this appeal to access programs and websites necessary to circulate, revise, finalize, and file the opening brief and joint appendix. The outage has not been resolved at the time of this filing, and it remains unknown when it will be resolved.

2.     Due to the persistent and unresolved technical outage, Appellants seek a one-week extension of the time to file the opening brief and joint appendix.

3.     Appellees do not oppose this motion.

1

Respectfully submitted,

BRETT A. SHUMATE
   *Assistant Attorney General*

YAAKOV M. ROTH
   *Principal Deputy Assistant*
      *Attorney General*

DREW C. ENSIGN
   *Deputy Assistant Attorney*
      *General*

*/s/ Sarah Welch*
ELIZABETH HEDGES
SARAH WELCH
   *Civil Division*
   *U.S. Department of Justice*
   *950 Pennsylvania Avenue NW*
   *Washington, DC 20530*
   *(202) 514-3180*
   *Sarah.E.Welch@usdoj.gov*

2

**CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 141 words. This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Word for Microsoft 365 in Book Antiqua 14-point font, a proportionally spaced typeface.

*/s/ Sarah Welch*
Sarah Welch

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2026, I electronically filed the foregoing brief with the Clerk of the Court for the United States Court of Appeals by using the appellate CM/ECF system. Service will be accomplished by the appellate CM/ECF system.

*/s/ Sarah Welch*
Sarah Welch

4