FILED:  March 23, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2004
(1:25-cv-02029-TTC)

_____

UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF
HOMELAND SECURITY

       Plaintiffs - Appellants

v.

JUDGE MATTHEW JAMES MADDOX, in his official capacity; JUDGE ADAM
B. ABELSON, in his official capacity; JUDGE RICHARD D. BENNETT, in his
official capacity; JUDGE DEBORAH K. CHASANOW, in her official capacity;
JUDGE THEODORE D. CHUANG, in his official capacity; JUDGE JAMES K.
BREDAR, Senior U. S. District Court Judge, in his official capacity; JUDGE
DEBORAH L. BOARDMAN, in her official capacity; JUDGE LYDIA KAY
GRIGGSBY, in her official capacity; JUDGE STEPHANIE A. GALLAGHER, in
her official capacity; JUDGE ELLEN LIPTON HOLLANDER, in her official
capacity; JUDGE BRENDAN A. HURSON, in his official capacity; JUDGE
JULIE R. RUBIN, in her official capacity; CATHERINE M. STAVLAS, Clerk of
Court, in her official capacity; UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND; CHIEF JUDGE GEORGE L. RUSSELL, III,
Judge, in his official capacity; JUDGE PAULA XINIS, in her official capacity

       Defendants - Appellees

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Joint appendix due: 03/30/2026

Opening brief due: 03/30/2026

Response brief due: 04/29/2026

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk