FILED:  May 7, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2004
(1:25-cv-02029-TTC)

_____

UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF
HOMELAND SECURITY

        Plaintiffs - Appellants

v.

JUDGE MATTHEW JAMES MADDOX, in his official capacity; JUDGE ADAM B.
ABELSON, in his official capacity; JUDGE RICHARD D. BENNETT, in his official
capacity; JUDGE DEBORAH K. CHASANOW, in her official capacity; JUDGE
THEODORE D. CHUANG, in his official capacity; JUDGE JAMES K. BREDAR,
Senior U. S. District Court Judge, in his official capacity; JUDGE DEBORAH L.
BOARDMAN, in her official capacity; JUDGE LYDIA KAY GRIGGSBY, in her
official capacity; JUDGE STEPHANIE A. GALLAGHER, in her official capacity;
JUDGE ELLEN LIPTON HOLLANDER, in her official capacity; JUDGE
BRENDAN A. HURSON, in his official capacity; JUDGE JULIE R. RUBIN, in her
official capacity; CATHERINE M. STAVLAS, Clerk of Court, in her official
capacity; UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MARYLAND; CHIEF JUDGE GEORGE L. RUSSELL, III, Judge, in his official
capacity; JUDGE PAULA XINIS, in her official capacity

        Defendants - Appellees

------------------------------

RETIRED FEDERAL JUDGES; LAWYERS DEFENDING AMERICAN
DEMOCRACY AND ITS MARYLAND CHAPTER, MD-LDAD; THE SOCIETY
FOR THE RULE OF LAW AND DEMOCRACY, INC., d/b/a The Society for the
Rule of Law; JUDGE J. MICHAEL LUTTIG

        Amici Supporting Appellee

_____

O R D E R

_____

Retired Federal Judges, Lawyers Defending American Democracy and its Maryland Chapter, MD-LDAD, The Society for the Rule of Law and Democracy, Inc., d/b/a The Society for the Rule of Law, and J. Michael Luttig have filed amicus curiae briefs with the consent of the parties.

The court accepts the briefs for filing.

Counsel for Lawyers Defending American Democracy and its Maryland Chapter, MD-LDAD, The Society for the Rule of Law and Democracy, Inc., d/b/a The Society for the Rule of Law, and J. Michael Luttig is directed to file an appearance form within three days of the date of this order.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk