**No. 25-2004**

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT
OF HOMELAND SECURITY,

*Plaintiffs-Appellants*,

v.

JUDGE MATTHEW JAMES MADDOX, in his official capacity; JUDGE ADAM B. ABELSON, in his official capacity; JUDGE RICHARD D. BENNETT, in his official capacity; JUDGE DEBORAH K. CHASANOW, in her official capacity; JUDGE THEODORE D. CHUANG, in his official capacity; JUDGE JAMES K. BREDAR, Senior U.S. District Court Judge, in his official capacity; JUDGE DEBORAH L. BOARDMAN, in her official capacity; JUDGE LYDIA KAY GRIGGSBY, in her official capacity; JUDGE STEPHANIE A. GALLAGHER, in her official capacity; JUDGE ELLEN LIPTON HOLLANDER, in her official capacity; JUDGE BRENDAN A. HURSON, in his official capacity; JUDGE JULIE R. RUBIN, in her official capacity; CATHERINE M. STAVLAS, Clerk of Court, in her official capacity; UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND; CHIEF JUDGE GEORGE L. RUSSELL, III, Judge, in his official capacity; JUDGE PAULA XINIS, in her official capacity,

*Defendants-Appellees*.

On Appeal from the United States District Court
for the District of Maryland,
No. 25-cv-02029

## DEFENDANTS-APPELLEES' UNOPPOSED MOTION
## TO AMEND CAPTION

May 29, 2026

## CORPORATE DISCLOSURE STATEMENT

To the extent Fourth Circuit Rule 26.1(a)(1)(A) requires Defendants-Appellees (collectively, "Defendants") to file a disclosure statement, Defendants hereby certify that no Defendant-Appellee is a publicly held entity, has any parent corporation, or is a trade association. Defendants further certify that no publicly held entity has a direct financial interest in the outcome of the litigation, that this case does not arise out of a bankruptcy proceeding, and that this is not a criminal case in which there was an organizational victim.

**MOTION TO AMEND CAPTION**

Defendants-Appellees respectfully request that the Court amend the caption of this appeal to reflect the order of Defendants listed in Plaintiffs' complaint. The following good cause supports the requested relief:

1. Plaintiffs-Appellants filed their complaint on June 24, 2025, naming as Defendants Chief Judge George L. Russell III in his official capacity, followed by the remaining District Judges in their official capacities (listed alphabetically by surname), then the Clerk of Court in her official capacity, and finally the District Court itself. JA1. All parties, as well as the presiding out-of-district judge, utilized this caption in all subsequent district-court filings. *See, e.g.*, JA23, 27, 28, 67, 122, 157, 173, 212, 213.

2. The presiding out-of-district judge granted Defendants' motion to dismiss and denied Plaintiffs' preliminary-injunction motion as moot. JA212.

3. Following Plaintiffs' notice of appeal, JA213, this Court changed the case caption to place Judge Matthew James Maddox as the lead Defendant-Appellee. Dkt.1. The remaining Defendants-Appellees were listed in apparently random order. *Id.*

4. On March 20, 2026, the Court dismissed Defendant-Appellee Judge Catherine C. Blake from the appeal and removed her from the caption in light of Judge Blake's passing.

5.      Defendants respectfully request that the Court further amend the caption so that Chief Judge Russell is listed as the lead Defendant-Appellee, followed by the remaining District Judges in alphabetical order by surname, then the Clerk of Court, and finally the District Court itself.  The requested amendment is justified for at least three reasons:

- *First*, the requested amendment would reduce the risk of confusion about the relationship between this appeal and the district court proceedings, which resulted in a published opinion resolving an important separation-of-powers issue.  *See United States v. Russell*, 797 F.Supp.3d 552 (D. Md. 2025).

- *Second*, the requested amendment would align the caption with standard naming conventions when multiple judicial officers are listed in the same official document, an alignment that appropriately reflects the institutional (rather than personal) nature of this litigation.  Aligning with these conventions avoids any suggestion to the legal community or general public that this lawsuit singles out one particular District Judge relative to his/her judicial colleagues.

- *Third,* the requested amendment would align the appellate caption with the order of parties selected by Plaintiffs in their complaint.  *See generally Custer v. Sweeney*, 89 F.3d 1156, 1165 (4th Cir. 1996) (recognizing "the principle that the plaintiff is the master of his complaint").

6. For ease of reference, the requested amendment would result in the following case caption:

UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF HOMELAND SECURITY,

*Plaintiffs-Appellants,*

v.

CHIEF JUDGE GEORGE L. RUSSELL III, in his official capacity; JUDGE ADAM B. ABELSON, in his official capacity; JUDGE RICHARD D. BENNETT, in his official capacity; JUDGE DEBORAH L. BOARDMAN, in her official capacity; JUDGE JAMES K. BREDAR, in his official capacity; JUDGE DEBORAH K. CHASANOW, in her official capacity; JUDGE THEODORE D. CHUANG, in his official capacity; JUDGE STEPHANIE A. GALLAGHER, in her official capacity; JUDGE LYDIA KAY GRIGGSBY, in her official capacity; JUDGE ELLEN L. HOLLANDER, in her official capacity; JUDGE BRENDAN A. HURSON, in his official capacity; JUDGE MATTHEW J. MADDOX, in his official capacity; JUDGE JULIE R. RUBIN, in her official capacity; JUDGE PAULA XINIS, in her official capacity; CATHERINE M. STAVLAS, Clerk of Court, in her official capacity; and UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND,

*Defendants-Appellees.*

7. Prior to filing this motion, undersigned counsel informed counsel for Plaintiffs-Appellants of Defendants' intent to file this motion. Counsel for Plaintiffs-Appellants stated that Plaintiffs-Appellants do not oppose the requested amendment.

3

Respectfully submitted,

s/Paul D. Clement
PAUL D. CLEMENT
 *Counsel of Record*
ERIN E. MURPHY
MATTHEW D. ROWEN
KEVIN WYNOSKY
CLEMENT & MURPHY, PLLC
706 Duke Steet
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com

*Counsel for Defendants-Appellees*

May 29, 2026

# CERTIFICATE OF COMPLIANCE

I hereby certify that:

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 592 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point font.

May 29, 2026

s/Paul D. Clement
Paul D. Clement

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the CM/ECF system.  I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/Paul D. Clement
Paul D. Clement