# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 27, 2026

_____

RESPONSE REQUESTED - SIMILAR CASES

_____

No. 25-2004,     US v. George Russell, III
                 1:25-cv-02029-TTC

TO:     ALL PARTIES

RESPONSE DUE: 07/30/2026

Response is required to the notice requesting information regarding similar cases on or before 07/30/2026. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

A. Walker, Deputy Clerk
804-916-2702