UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
RESPONSE – SIMILAR CASES

Appeal No. & Caption: 25-2004, United States v Russell

Please select the appropriate option below:

☑ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☐ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

Signature: /s/ H. Mark Stichel

Date: 7.29.2026

Counsel for: Amici - Lawyers Defending American Democracy Its Maryland Chapter, MD-LDAD; The Society for the Rule of Law and Democracy, Inc. d/b/a The Society for the Rule of Law; and Judge J. Michael Luttig as Amici Curiae in Support of Appellees