**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 29, 2026

_____

DOCKET CORRECTION NOTICE

_____

No. 25-2004,    US v. George Russell, III
1:25-cv-02029-TTC

TO:     Retired Federal Judges

FILING CORRECTION DUE: no later than 08/03/2026

Please make the correction identified below and file a corrected document by the date indicated.

[ X ] **4** paper copies required. The paper copies of the brief must be <u>exact duplicates</u> of the electronic version.

A. Walker, Deputy Clerk
804-916-2702