**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 31, 2026

_____

DOCKET CORRECTION NOTICE

_____

No. 25-2004,   <u>US v. George Russell, III</u>
              1:25-cv-02029-TTC

TO:   Lawyers Defending American Democracy and its Maryland Chapter, MD-LDAD; The Society for the Rule of Law and Democracy, Inc., d/b/a The Society for The Rule of Law; and Judge J. Michael Luttig

PAPER BRIEF CORRECTION DUE:  08/03/2026

Please make the correction identified below and file a corrected document by the due date indicated.

---

[ x ] Filings must conform to the <u>Fourth Circuit Brief & Appendix Requirements</u> as to content, format, and copies. Please refile four (4) paper copies of brief **printed single sided**.

A. Walker, Deputy Clerk
804-916-2702