# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 31, 2026

_____

DOCKET CORRECTION NOTICE

_____

No. 25-2004,    <u>US v. George Russell, III</u>
                1:25-cv-02029-TTC

TO:     Retired Federal Judges

PAPER BRIEF CORRECTION DUE: 08/03/2026

Please make the correction identified below and file a corrected document by the due date indicated.

[x] Paper and electronic volumes must match. Please refile four (4) paper copies of brief **and ensure the table of contents and table of authorities are include in each copy.**

A. Walker, Deputy Clerk
804-916-2702