**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 6, 2026

_____

RULE 46 ADDITIONAL COPIES

_____

No. 25-2004,    <u>US v. George Russell, III</u>
                    1:25-cv-02029-TTC

**MUST BE RECEIVED IN CLERK'S OFFICE BY: 08/10/2026**

Counsel must file the copies indicated below by the due date shown. No ECF entry is required when filing paper copies. All paper copies must be **identical** as to cover, binding, page numbering, and other formatting, and must match the electronic copy. Noncompliance with the court's filing requirements may subject counsel to discipline pursuant to Local Rule 46(g).

| Document | No. of Copies | Required From: |
|----------|---------------|----------------|
| Response Brief | 4 | appellees |

<u>/s/ NWAMAKA ANOWI, CLERK</u>