**No. 25-2004**

---

## IN THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

UNITED STATES, *et al.*,

Plaintiffs-Appellants,

v.

CHIEF JUDGE GEORGE L. RUSSELL III, *et al.*,

Defendants-Appellees.

## MOTION TO WITHDRAW AS COUNSEL

BRETT A. SHUMATE
 *Assistant Attorney General*

DREW C. ENSIGN
 *Deputy Assistant Attorney General*

ELIZABETH HEDGES
SARAH WELCH
 *Civil Division*
 *U.S. Department of Justice*
 *950 Pennsylvania Avenue NW*
 *Washington, DC 20530*
 *(771) 209-1978*
 *Elizabeth.T.Hedges@usdoj.gov*

Undersigned counsel for Appellants, Elizabeth Hedges, respectfully moves to withdraw as counsel in this appeal because she is beginning work in a different division of the Department of Justice on August 17, 2026. Sarah Welch will continue to represent Appellants.

Respectfully submitted,

BRETT A. SHUMATE
  *Assistant Attorney General*

DREW C. ENSIGN
  *Deputy Assistant Attorney
    General*

*/s/ Elizabeth Hedges*
ELIZABETH HEDGES
SARAH WELCH
  *Civil Division*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(771) 209-1978*
  *Elizabeth.T.Hedges@usdoj.gov*

1

**CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 40 words. This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Word for Microsoft 365 in Book Antiqua 14-point font, a proportionally spaced typeface.

/s/ Elizabeth Hedges
Elizabeth Hedges

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system. Service will be accomplished by the appellate CM/ECF system.

*/s/ Elizabeth Hedges*
Elizabeth Hedges

3