FILED:  August 14, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2004
(1:25-cv-02029-TTC)

_____

UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF
HOMELAND SECURITY

　　　　　Plaintiffs - Appellants

v.

CHIEF JUDGE GEORGE L. RUSSELL III, in his official capacity; JUDGE
ADAM B. ABELSON, in his official capacity; JUDGE RICHARD D.
BENNETT, in his official capacity; JUDGE DEBORAH L. BOARDMAN, in her
official capacity; JUDGE JAMES K. BREDAR, in his official capacity; JUDGE
DEBORAH K. CHASANOW, in her official capacity; JUDGE THEODORE D.
CHUANG, in his official capacity; JUDGE STEPHANIE A. GALLAGHER, in
her official capacity; JUDGE LYDIA KAY GRIGGSBY, in her official capacity;
JUDGE ELLEN L. HOLLANDER, in her official capacity; JUDGE BRENDAN
A. HURSON, in his official capacity; JUDGE MATTHEW J. MADDOX, in his
official capacity; JUDGE JULIE R. RUBIN, in her official capacity; JUDGE
PAULA XINIS, in her official capacity; CATHERINE M. STAVLAS, Clerk of
Court, in her official capacity; and UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

　　　　　Defendants - Appellees

------------------------------

RETIRED FEDERAL JUDGES; LAWYERS DEFENDING AMERICAN
DEMOCRACY AND ITS MARYLAND CHAPTER, MD-LDAD; THE
SOCIETY FOR THE RULE OF LAW AND DEMOCRACY, INC., d/b/a The
Society for the Rule of Law; JUDGE J. MICHAEL LUTTIG

Amici Supporting Appellees

_____

O R D E R

_____

The court grants the motion to withdraw from further representation on

appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk