# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. 25-2004 Caption: United States v. George Russell, III

---

Argument Session For Which You Are Scheduled: October 27-30

Dates You Are Available To Argue in the Session (if any):

October 30

Identify Any Other Cases You Are Tentatively Scheduled To Argue this Session:

Other Relevant Information:

Undersigned counsel will be arguing in the U.S. Court of Appeals for the Ninth Circuit on October 28 on behalf of appellant in Hendrix v. J-M Manufacturing, No.25-2499 (9th Cir.)

Party(ies) You Represent:

Appellees

---

8/17/2026
Date

s/Paul D. Clement
Counsel Signature